IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CHRISTOPHER BATCH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:11-cv-875 |
| Plaintiff, | | Judge Joy Flowers Conti |
| | | Magistrate Judge Cynthia Reed Eddy |
| v. | | |
| CONSTABLE ROBERT GEAGAN; BUTLER CITY POLICE DEPARTMENT; and POLICE OFFICER RENSEL, | | |
| Defendants. | | |

ORDER

Following Plaintiff's filing a Second Amended Complaint [ECF No. 57] and a Supplement thereto [ECF No. 78], and Defendant Geagan's having filed a Motion to Dismiss the Second Amended Complaint [ECF No. 60] and a Supplemental Motion to Dismiss the Second Amended Complaint [ECF No. 93], a Report and Recommendation [ECF No. 113] dated May 10, 2013, was filed recommending that Geagan's Motions to Dismiss be granted in their entirety with prejudice. Plaintiff was directed to file any objections to the Report and Recommendation no later than fourteen days following the date of service of the Report and Recommendation. As of the date of this order, no objections have been filed.

Upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation which is adopted as the opinion of this Court, IT IS NOW, this 19th day of June, 2013, ORDERED that the Defendant's Motions to Dismiss the Second Amended Complaint and the Supplemented Amended Complaint [ECF Nos. 60, 93] are

GRANTED with prejudice as to all claims. The Clerk of Court is directed to mark this matter closed.

/s/ Joy Flowers Conti<br>Joy Flowers Conti<br>United States District Judge

cc:    Counsel of Record via CM-ECF

       Christopher Batch
       JY-7749
       SCI-Somerset
       1600 Walters Mill Road
       Somerset, PA 15510